1114

No. 98–584. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–1235. UNITED STATES *v.* REGENTS OF THE UNIVERSITY OF MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 98–1448. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. C. A. 9th Cir. Certiorari denied.

No. 98–1747. PEREZ ET AL. *v.* PASADENA INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 98–1760. OKLAHOMA DEPARTMENT OF PUBLIC SAFETY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–1818. WISCONSIN DEPARTMENT OF TRANSPORTATION, DIVISION OF MOTOR VEHICLES, ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1971. ROBINSON ET AL. *v.* ADMINISTRATIVE COMMITTEE OF THE SEA RAY EMPLOYEES' STOCK OWNERSHIP AND PROFIT SHARING PLAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–1983. GIGANTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–1987. VALDESPINO ET AL. *v.* ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7501. SCOTT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–9663. DAVIS *v.* HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.